March 24, 2021

**VIA ECF**
The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street, Suite 1610
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 25, 2021
```

    Re:    *Andrea Holness v. C. R. Bard Inc. et ano.* (1:20-cv-06716-VM)

Dear Judge Marrero:

    On behalf of plaintiff Andrea Holness ("Plaintiff") and defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (all, collectively, the "Parties") in the above-referenced action, the Parties respectfully submit this joint letter to inform the Court that they have reached a settlement in principle in this action as part of a global settlement of all the cases and claims of plaintiffs represented by Plaintiff's counsel in multiple jurisdictions. The Parties are in the process of finalizing the details of their settlement, which will take some time given the number of plaintiffs and cases involved in the global settlement.

    Accordingly, the Parties jointly and respectfully request that the Court enter an order staying this case for one hundred and twenty (120) days to permit the Parties to finalize settlement terms with respect to this and all cases filed by Plaintiff's counsel in similar matters. If Plaintiff have not filed dismissal papers within 120 days from the stay being granted, the Parties request the opportunity to file a joint status report regarding the status of the settlement. Alternatively, the Parties request a conference with the Court to seek the Court's guidance on how the Parties should proceed with their settlement in principle and finalization of settlement terms, including the possibility of administratively closing the case without prejudice and placing it on a suspense calendar with a status report deadline that the Court deems suitable and appropriate.

Respectfully submitted,

| FEARS NACHAWATI PLLC | GREENBERG TRAURIG LLP |
|---|---|
| By: /s/ *Darren McDowell*<br>    Darren McDowell<br>    Steven Scott Schulte<br>5473 Blair Road<br>Dallas, TX 75231<br>214-890-0711<br>Email: mcdowelld@fnlawfirm.com<br>schulte@fnlawfirm.com<br>*Attorneys for Plaintiff* | By: /s/ *Toby S. Soli*<br>    Toby S. Soli<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: 212-801-3196<br>Email: solit@gtlaw.com<br><br>*Attorneys for Defendants* |

**Request GRANTED.**
The case is hereby stayed for 120 days. If dismissal papers have not been filed within 120 days, the parties are directed to file a joint status report.

**SO ORDERED.**
March 25, 2021
DATE          VICTOR MARRERO, U.S.D.J.